UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA M. CONTRERAS,<br><br>Plaintiff,<br><br>v.<br><br>THE CALIFORNIA NATIONAL GUARD, et al.,<br><br>Defendants. | No. 2:13-cv-1440-KJM-KJN |
| _____<br><br>GRACIELA M. CONTRERAS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, et al.,<br><br>Defendants. | No. 2:14-cv-01820-KJM-KJN |

| | |
|---|---|
| 1   GRACIELA M. CONTRERAS, | |
| 2               Plaintiff, | No. 2:14-cv-01282-MCE-EFB |
| 3        v. | |
| 4   NATIONAL GUARD BUREAU, et al., | |
| 5               Defendants. | |
| 6 | **RELATED CASE ORDER** |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Here, "[all] actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort."  Local Rule 123(a)(3).  Accordingly, the assignment of these matters to the same judge is likely to effect a savings of judicial effort and is likely to be convenient for the parties.  The first two actions previously were related; this order has the effect of relating the third action captioned above.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:14-cv-01282-MCE-EFB is reassigned from District Judge Morrison C. England to the undersigned and from Magistrate Judge Edmund F. Brennan to Magistrate Judge Kendall J. Newman.  Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:14-cv-01282-KJM-KJN

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: August 10, 2017.

_____
UNITED STATES DISTRICT JUDGE

2